FILED

2018 JUL 10 PM 4: 12

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **INDICTMENT** |
| Plaintiff, | ) | |
| | ) | **JUDGE GAUGHAN** |
| v. | ) | |
| | ) | CASE NO. 1:18 CR 360 |
| EDWARD JERMAIN KENNERLY, | ) | Title 18, Section 922(a)(6), |
| Defendant. | ) | United States Code |

COUNT 1
(False Statement during Purchase of a Firearm,
in violation of 18 U.S.C. § 922(a)(6))

The Grand Jury charges:

On or about September 13, 2017, in the Northern District of Ohio, Eastern Division, Defendant EDWARD JERMAIN KENNERLY, in connection with the attempted acquisition of a firearm, to wit: a Mossberg, 12 gauge shotgun, bearing serial number V0046031, from Gold Star Pawn & Gun, 36542 Vine St., Eastlake, Ohio, a federally licensed dealer of firearms, did knowingly and unlawfully make and cause to be made false and fictitious statements, intended and likely to deceive said dealer with respect to facts material to the lawfulness of the sale and acquisition of said firearm under the provisions of Chapter 44, Title 18 of the United States Code, in that Defendant did knowingly state and represent on a Federal Firearms Transaction Record, that being ATF Form 4473, that he was not subject to a court order restraining him from harassing, stalking, or threatening his child or an intimate partner or child of such partner, and that he was not under indictment for a felony for which the judge could imprison him for more than one (1) year, when in truth and in fact Defendant was subject to such a court order, issued on or about March 16, 2017 through on or about March 31, 2018, in Case Number 17CRA00496,

in Euclid Municipal Court, and was under such a felony indictment for Domestic Violence, on or about June 28, 2017, in Case Number CR-17-618031, in Cuyahoga County Court of Common Pleas, in violation of Title 18, Section 922(a)(6), United States Code.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.