IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:18-CR-00360 |
| | ) | |
| Plaintiff, | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| v. | ) | |
| | ) | UNITED STATES OF AMERICA'S |
| EDWARD JERMAIN KENNERLY, | ) | MOTION TO UNSEAL |
| | ) | INDICTMENT |
| Defendant. | ) | |

Now comes the United States of America, by its counsel, Justin E. Herdman, United States Attorney, and Kathryn G. Andrachik, Assistant U.S. Attorney, and respectfully moves the Court for an Order unsealing the Indictment.

Counsel for the government submits that the Indictment was ordered sealed at the government's request for officer safety since the location of Defendant Edward Jermain Kennerly ("Defendant") was unknown at the time of the filing of the Indictment. Such concern no longer exists as Defendant is currently incarcerated at Allen Correctional Institution, and the federal arrest warrant has been lodged. Therefore, there is no need for the Indictment to remain sealed.

Accordingly, the United States of America respectfully moves the Court to enter an Order unsealing the Indictment.

Respectfully submitted,

JUSTIN E. HERDMAN
United States Attorney

By: /s/ Kathryn G. Andrachik
Kathryn G. Andrachik (0093998)
Assistant U.S. Attorney
Suite 400, U.S. Courthouse
801 West Superior Avenue
Cleveland, Ohio 44113
Tel. No. (216) 622-3804
Fax No. (216) 522-2403
E-mail: Kathryn.Andrachik@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on September 28, 2018, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ Kathryn G. Andrachik
Kathryn G. Andrachik
Assistant U.S. Attorney